|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| DISTRICT OF NEVADA | |
| * * * | |
| RONALD J. ALLISON, | Case No. 2:20-cv-00111-APG-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CLARK COUNTY DETENTION CENTER, | |
| Defendant. | |

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Clark County Detention Center ("CCDC"), has submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full filing fee for this matter nor filed an application to proceed *in forma pauperis*.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* and attach both an inmate account statement for the past six months and a properly executed financial certificate. The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved. Plaintiff will be granted an opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full $400 filing fee for this action. <u>If Plaintiff chooses to file an application to proceed *in forma pauperis*, he must file a fully complete application to proceed *in forma pauperis*, including both an inmate account statement for the past six months and a properly executed financial certificate, within **forty-five (45) days** from the date of this order.</u>

With respect Plaintiff's mailing address, in his filing at ECF No. 1-2, page 2, Plaintiff requests his mail <u>only</u> be sent to 2304 Juanita Avenue, San Angelo, Texas, 76901. However, at ECF No. 1-1, page 6, Plaintiff requests his copies and instructions be returned to him at the CCDC facility address and, in addition, sent to him at the San Angelo, Texas address. <u>Plaintiff is required to choose only **one address** for his mailings.</u> As a one-time courtesy, this Court will send Plaintiff this order, and included materials, to <u>both</u> the CCDC facility address and the 2304 Juanita Avenue, San Angelo,

1

Texas, 76901, address. Plaintiff is advised that within **forty-five (45) days** from the date of this order, Plaintiff must clarify with the Court which **one address** he chooses to receive all future mailings.

**II.     CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this order, Plaintiff must either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments, including both an inmate account statement for the past six months and a properly executed financial certificate, in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that, as a one-time courtesy, the Clerk of the Court WILL SEND Plaintiff this order, and included materials, to both the CCDC facility address and the 2304 Juanita Avenue, San Angelo, Texas, 76901, address.

IT IS FURTHER ORDERED that within **forty-five (45) days** from the date of this order, Plaintiff must clarify with the Court which **one address** he chooses to receive all future mailings.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint (ECF No. 1-1) but will not file it at this time.

DATED: January 21, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE